UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Natosha Dunston<br>   Plaintiff,<br>v.<br><br>196 Bergen LLC and<br>Four Hands LLC<br>   Defendants. | 1:24-cv-01384-NRM-TAM |

### NOTICE OF VOLUNTARY DISMISSAL AGAINST ALL DEENDANTS

 Pursuant to F.R.C.P 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, through his undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against all Defendants.

Dated: New York, New York

December 11, 2025

            /s/ Jennifer E. Tucek
            Law Office of Jennifer E. Tucek, PC
            Bar No. JT2817
            641 Lexington Avenue, 15th Floor
            New York, NY 10022
            (917) 669-6991
            TucekLaw@Gmail.com
            *Attorney for the Plaintiff*